Opinion issued January 9, 2009


 













In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-08-00150-CR

____________


IN RE ANTONIO HERNANDEZ, Relator






Original Proceeding on Petition for Writ of Mandamus






MEMORANDUM OPINION


 Relator has filed a pro se petition writ of mandamus. In his petition relator 
asks this Court to order respondent (1) to grant him additional jail time credits. We deny
relief.

 The petition for writ of mandamus is therefore denied.

 

PER CURIAM

Panel consists of Chief Justice Radack, and Justices Nuchia (2) and Higley.

Do not publish. Tex. R. App. P. 47.2(b).
1. The Honorable Joan Campbell, Judge, 248th District Court, Harris
County, Texas.
2. Justice Sam Nuchia, who retired from the First Court of Appeals on
January 1, 2009, continues to sit by assignment for the disposition of
this case, which was submitted on January 8, 2009.